# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Marcella J. Ward** | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | )<br>) Civil Action No. 2:25-cv-12463-JJCG-APP<br>) |
| **Homeowner Solutions Pros Inc.** | )<br>)<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Miguel D. Bruce, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Homeowner Solutions Pros Inc in Lenawee County, MI on August 27, 2025 at 2:21 pm at 2715 Airport Rd, Adrian, MI 49221 by leaving the following documents with Dawn Vandusen who as Owner is authorized by appointment or by law to receive service of process for Homeowner Solutions Pros Inc.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Additional Description:
Dawn Vandusen accepted service

White Female, est. age 45, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".

Standard Serve 118 Chicago Drive, Grandville, MI 49418 1@$121.00=$121.00
Standard Serve 2175 Airport Rd, Adrian, MI 49221 1@$175.00=$175.00
Total Cost: $296.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ⎯⎯Wayne County⎯⎯, ⎯⎯*Miguel D. Bruce*⎯⎯
MI on 08/29/2025. Signature
　　　　　　　　　　　　　　　Miguel D. Bruce
　　　　　　　　　　　　　　　+1 (303) 578-8682