UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARCELLA J. WARD,<br><br>    *Plaintiff,*<br><br>v.<br><br>HOMEOWNER SOLUTIONS PROS, INC<br><br>    *Defendant.* | CASE NO. 2:25-CV-12463-JJCG<br><br>Hon. Jonathan J.C. Grey |

**APPEARANCE OF COUNSEL**

To:    The Clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Homeowner Solutions Pros, Inc.


DATED: September 16, 2025        By: \_\_\_/s/ Dawn R. Van Dusen
                                                     Dawn R. Van Dusen (P69647)
                                                     Attorney for Defendant
                                                     2715 Airport Road
                                                     Adrian, MI  49221
                                                     (517) 270-2193
                                                     dawnvandusen@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that, on August 18, 2025, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and for transmittal of a notice of electronic filing to all CM/EFC registrants.

By:  /s/ Dawn R. Van Dusen