UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Marcella J. Ward,

                Plaintiff(s),

v.                                    Case No. 2:25−cv−12463−JJCG−APP
                                          Hon. Jonathan J.C. Grey

Homeowner Solutions Pros Inc,

                Defendant(s),

---

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

- SCHEDULING CONFERENCE:  September 25, 2025 at 02:00 PM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

    **ADDITIONAL INFORMATION:**   ***Parties are to file a FRCP 26(f) one week prior to conference***

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/Sandra A Osorio
                                                     Case Manager

Dated:   September 16, 2025