| | |
|---|---|
| From: | Anthony Paronich |
| To: | vandusen24@hotmail.com |
| Bcc: | Anthony Paronich |
| Subject: | Fwd: Notice to Appear in 2:25-cv-12463-JJCG-APP Ward v. Homeowner Solutions Pros Inc |
| Date: | Tuesday, September 16, 2025 10:20:49 PM |

Dawn:

I know it is remote, but I may be in a mediation session at this time. In any event, we have a pretty short turnaround, so what is your availability for the 26(f) this week?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---------- Forwarded message ---------
From: <cmecfadmin@mied.uscourts.gov>
Date: Tue, Sep 16, 2025 at 5:04 PM
Subject: Notice to Appear in 2:25-cv-12463-JJCG-APP Ward v. Homeowner Solutions Pros Inc
To: <do_not_reply@mied.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Michigan**

**Notice of Electronic Filing**

The following transaction was entered on 9/16/2025 at 5:02 PM EDT and filed on 9/16/2025
**Case Name:**       Ward v. Homeowner Solutions Pros Inc
**Case Number:**     [2:25-cv-12463-JJCG-APP](#)
**Filer:**
**Document Number:** [6](#)

**Docket Text:**
**NOTICE TO APPEAR REMOTELY: Scheduling Conference set for 9/25/2025 02:00 PM before District Judge Jonathan J.C. Grey \*\*\*Parties are to file a FRCP 26(f) one week prior to conference\*\*\* (SOso)**

**2:25-cv-12463-JJCG-APP Notice has been electronically mailed to:**

Anthony I. Paronich     [anthony@paronichlaw.com](mailto:anthony@paronichlaw.com), anthony.paronichlaw.com@recap.email

Dawn R. VanDusen     [vandusen24@hotmail.com](mailto:vandusen24@hotmail.com)

**2:25-cv-12463-JJCG-APP Notice will not be electronically mailed to:**

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | dawnv@apello.net |
| **Bcc:** | Anthony Paronich |
| **Subject:** | Re: Marcella Ward v. Homeowner Solutions |
| **Date:** | Thursday, September 18, 2025 11:20:34 AM |
| **Attachments:** | Joint Discovery Plan -- 9.17.25.docx |

Hello, Dawn. I sent a draft report to your ECF e-mail address yesterday, but didn't hear back. I also just gave you a call so we could try to walk through it and left a message. Since this is due today, could you let me know when a good time to speak would be and/or send over any redlines you have here along with a signature block.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Wed, Aug 20, 2025 at 8:59 AM Anthony Paronich <anthony@paronichlaw.com> wrote:
> Counsel:
>
> We received the following from our process server:
>
> Good morning, the server advised that the address does not exist; the last address on this road is 2161 Airport Road. Please advise. Thank you!
>
> Should we just send over a Waiver?
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination,

> distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
> On Mon, Aug 11, 2025 at 11:44 AM <dawnv@apello.net> wrote:
>
>> Thank you.
>>
>> On 2025-08-11 11:19, Anthony Paronich wrote:
>>
>>> Received. We will send the process server there and the full phone number is: 725-251-7777
>>>
>>> We'll also take a look at the jurisdictional issue and can circle back when we retrieve any of the information for our consideration.
>>>
>>> ----
>>> Anthony Paronich
>>> Paronich Law, P.C.
>>> 350 Lincoln Street, Suite 2400
>>> Hingham, MA 02043
>>> [o] (617) 485-0018
>>> [c] (508) 221-1510
>>> [f] (508) 318-8100
>>>
>>> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>>>
>>> **From:** dawnv@apello.net <dawnv@apello.net>
>>> **Sent:** Monday, August 11, 2025 11:15 AM

**To:** anthony@paronichlaw.com
**Subject:** Marcella Ward v. Homeowner Solutions

To whom it may concern:

I am corporate counsel for Homeowner's Solution and handle all their TCPA cases. I can be served at 2175 Airport Road, Adrian, MI 49221. Homeowner's jurisdiction is in the Western District of Michigan.

Please forward Ms. Wards full phone number and address to me, so that I may retrieve any and all of her opt-ins.

--

```
Dawn R. VanDusen
Attorney at Law

517-270-2193
```

--
```
Dawn R. VanDusen
Attorney at Law
```

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | "dawnv@apello.net"; "vandusen24@hotmail.com" |
| **Bcc:** | "Anthony Paronich" |
| **Subject:** | RE: Marcella Ward v. Homeowner Solutions |
| **Date:** | Thursday, September 18, 2025 3:52:00 PM |
| **Attachments:** | Joint Discovery Plan -- 9.17.25.docx |

Hey, Dawn. I wanted to follow up here. If you're able to connect, please give me a call or a redline. Otherwise, we'll submit the report as our own later tonight. Call me anytime.

Regards,

----
Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Thursday, September 18, 2025 11:21 AM
**To:** dawnv@apello.net
**Subject:** Re: Marcella Ward v. Homeowner Solutions

Hello, Dawn. I sent a draft report to your ECF e-mail address yesterday, but didn't hear back. I also just gave you a call so we could try to walk through it and left a message. Since this is due today, could you let me know when a good time to speak would be and/or send over any redlines you have here along with a signature block.

----
Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Aug 20, 2025 at 8:59 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Counsel:
>
> We received the following from our process server:
>
> Good morning, the server advised that the address does not exist; the last address on this road is 2161 Airport Road. Please advise. Thank you!
>
> Should we just send over a Waiver?
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and

delete this e-mail message from your computer.

On Mon, Aug 11, 2025 at 11:44 AM <dawnv@apello.net> wrote:

Thank you.

On 2025-08-11 11:19, Anthony Paronich wrote:

> Received. We will send the process server there and the full phone number is: 725-251-7777
>
> We'll also take a look at the jurisdictional issue and can circle back when we retrieve any of the information for our consideration.
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
> ---
>
> **From:** dawnv@apello.net <dawnv@apello.net>
> **Sent:** Monday, August 11, 2025 11:15 AM

Case 2:25-cv-12463-JJCG-APP   ECF No. 7-1, PageID.76   Filed 09/18/25   Page 9 of 12

**To:** anthony@paronichlaw.com

**Subject:** Marcella Ward v. Homeowner Solutions

To whom it may concern:

I am corporate counsel for Homeowner's Solution and handle all their TCPA cases. I can be served at 2175 Airport Road, Adrian, MI 49221. Homeowner's jurisdiction is in the Western District of Michigan.

Please forward Ms. Wards full phone number and address to me, so that I may retrieve any and all of her opt-ins.

--

```
Dawn R. VanDusen
Attorney at Law

517-270-2193

--
Dawn R. VanDusen
Attorney at Law
```

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | "vandusen24@hotmail.com" |
| **Bcc:** | "Anthony Paronich" |
| **Subject:** | RE: Notice to Appear in 2:25-cv-12463-JJCG-APP Ward v. Homeowner Solutions Pros Inc |
| **Date:** | Wednesday, September 17, 2025 11:15:00 AM |
| **Attachments:** | Joint Discovery Plan -- 9.17.25.docx |

Hey, Dawn. I actually just saw that we have a 26(f) report due tomorrow. I have hearings at 12 and 1 today, but could talk later in the day. A draft report is also attached.


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, September 16, 2025 10:21 PM
**To:** vandusen24@hotmail.com
**Subject:** Fwd: Notice to Appear in 2:25-cv-12463-JJCG-APP Ward v. Homeowner Solutions Pros Inc

Dawn:

I know it is remote, but I may be in a mediation session at this time. In any event, we have a pretty short turnaround, so what is your availability for the 26(f) this week?


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---------- Forwarded message ---------
From: <cmecfadmin@mied.uscourts.gov>
Date: Tue, Sep 16, 2025 at 5:04 PM
Subject: Notice to Appear in 2:25-cv-12463-JJCG-APP Ward v. Homeowner Solutions Pros Inc
To: <do_not_reply@mied.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**Eastern District of Michigan**

**Notice of Electronic Filing**

The following transaction was entered on 9/16/2025 at 5:02 PM EDT and filed on 9/16/2025

| | |
|---|---|
| **Case Name:** | Ward v. Homeowner Solutions Pros Inc |
| **Case Number:** | 2:25-cv-12463-JJCG-APP |

**Filer:**

**Document Number:** 6

**Docket Text:**
**NOTICE TO APPEAR REMOTELY: Scheduling Conference set for 9/25/2025 02:00 PM before District Judge Jonathan J.C. Grey \*\*\*Parties are to file a FRCP 26(f) one week prior to conference\*\*\* (SOso)**

**2:25-cv-12463-JJCG-APP Notice has been electronically mailed to:**

Anthony I. Paronich     anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

Dawn R. VanDusen     vandusen24@hotmail.com

**2:25-cv-12463-JJCG-APP Notice will not be electronically mailed to:**