**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MARCELLA J. WARD<br><br>   Plaintiff,<br><br>v.<br><br>HOMEOWNER SOLUTION PROS INC<br><br>   Defendant. | Case No. 2:25-cv-12463-JJCG-APP |

**JOINT STIPULATION TO TRANSFER VENUE**

  Plaintiff Marcella J. Ward and Defendant Homeowner Solution Pros Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

  1.  This action was filed in the United States District Court for the Eastern District of Michigan.

  2.  Defendant has represented, for purposes of facilitating transfer, that its principal place of business is located at 4370 Chicago Dr. SW, Suite 118, Grandville, Michigan 49418, which lies within the Western District of Michigan.

  3.  Pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

  4.  Because Defendant is located in the Western District of Michigan, this case could have been brought there originally under 28 U.S.C. § 1391(b)(1) and transfer to the Western District of Michigan will promote convenience and efficiency and is in the interests of justice.

WHEREFORE, the Parties respectfully request that this Court transfer this action to the United States District Court for the Western District of Michigan.

Dated: September 25, 2025       PLAINTIFF, on behalf of herself
                                and others similarly situated,

                                /s/ Anthony I. Paronich
                                Anthony I. Paronich
                                Paronich Law, P.C.
                                350 Lincoln Street, Suite 2400
                                Hingham, MA 02043
                                (508) 221-1510
                                anthony@paronichlaw.com


Dated: September 25, 2025       Respectfully submitted by:

                                /s/ Dawn R. Van Dusen
                                Dawn R. Van Dusen MSBA #69647
                                2715 Airport Road
                                Adrian, MI  49221
                                (517) 270-2193
                                Dawnvandusen@gmail.com

2