UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCELLA J. WARD,

    Plaintiff,                                   Case No. 25-12463
                                                Hon. Jonathan J.C. Grey

v.

HOMEOWNER SOLUTIONS
PROS INC.,

    Defendant.
_____/

## ORDER OF TRANSFER

Pursuant to the parties stipulation, and because Defendant Homeowner Solutions Pros Inc. resides in the Western District of Michigan and plaintiff does not allege that she resides in the Eastern District of Michigan, the Court **ORDERS** that this action be **TRANSFERRED** to the United States District Court for the Western District of Michigan.

    **SO ORDERED.**

                                                                  **s/Jonathan J.C. Grey**
                                                                  Jonathan J.C. Grey
Date: September 26, 2025                  United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2025.

                        s/ **S. Osorio**
                        Sandra Osorio
                        Case Manager